**Order entered September 10, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00747-CR

### STEWART CARTER HURST, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 32486CR**

## ORDER

The reporter's record was due July 21, 2019. When it was not filed, we notified court reporter Julie Vrooman by postcard dated July 24, 2019 and directed her to file (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant had not requested the reporter's record by August 23, 2019. To date, the record has not been filed and we have had no communication from Ms. Vrooman.

We **ORDER** the complete reporter's record filed **BY OCTOBER 4, 2019**. We caution Ms. Vrooman that the failure to file the reporter's record by that date may result in the Court taking whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Keli Aiken, Presiding Judge, 354th Judicial District Court; Julie Vrooman, official court reporter, 354th Judicial District Court; and to counsel for all parties.

.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE